APPEARANCE

# United States Bankruptcy Court

For the    Northern    District of    Illinois

In re    )
)  Case No.
)
)

I, THE UNDERSIGNED, HEREBY FILE MY APPEARANCE AS ATTORNEY FOR

_____

_____

_____

Print Name on this Line                                    Firm Name

                                                           FIRM ID NUMBER: _____

Signature
ATTORNEY ID NUMBER    _____         Street Address

                                                           City        State        Zip
                                                           Telephone

Trial Attorneys*

_____
Print Name

*Request is made for trial attorney to avoid possible conflicts in scheduling.

   DATED: _____

TYPE OF DEFENSE COUNSEL:
   CJA_____, RETAINED _____, SELF _____, NONE OTHER _____, PUB DEF _____

FOR OFFICE USE ONLY:
   Party Code: P_____    D_____    TP_____